No. 72–5109. HILL v. GAUVIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–5112. BRYANT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–5113. ENOCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5114. TREVINO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5121. DONOVAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5122. WILKE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.